ANTHONY LEWIS, SBN 237354
THE LEWIS LAW FIRM
5900 Sepulveda Blvd., Suite 580
Los Angeles, CA 91411
Tel: 818.781.7778
Fax: 818.267.5760
alewis@lewisla.com

JS-6

See note change

Attorneys for Plaintiff ERIKA MIRANDA

CARRIE A. GONELL, SBN 257163
MARIA O. GUTIERREZ, SBN 209995
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
cgonell@morganlewis.com
maria.gutierrez@morganlewis.com

Attorneys for Defendant CITIBANK, N.A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MIRANDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a National Bank; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. CV 09-1553 JFW (AJWx)<br><br>**CONSENT ORDER OF DISMISSAL**<br><br>Judge: Hon. John F. Walter<br>Dept.: 16 |

CV 09-1553 JFW (AJWx)     1     CONSENT ORDER OF DISMISSAL

Based upon the consent of the parties, it is hereby ORDERED, ADJUDGED, and DECREED that the claims in this matter are hereby dismissed in their entirety with prejudice. ~~This Court shall retain jurisdiction for the purpose or to the extent necessary to enforce the Settlement Agreement entered into between the parties.~~ This dismissal shall not operate as an adjudication on the merits, and each party shall bear her or its own respective fees and costs.

ENTERED this ___11th___ day of ___February___, 2010.

                                      /s/
                                The Honorable John F. Walter
                                Judge of the U.S. District Court